# United States District Court
## For The Western District of North Carolina
## Asheville Division

JOHN LAMONT LEWIS,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                              1:10CV91-1

HERB JACKSON, Supt,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/12/10 Order.

FRANK G. JOHNS, CLERK

May 12, 2010

                            s/Elizabeth Wurst

BY: _____

                            Elizabeth Wurst, Deputy Clerk